Attachment A

<u>17 Johnson Place, Auburndale, Massachusetts</u>

17 Johnson Place is a green, two-story duplex structure with tan trim and a basement foundation. The front of the structure has an entrance door on the right front side (while facing the structure), and displays the number "17" in bronze color on the tan entrance trim to the left of the entrance door. To the right of the door are two windows on the first floors and one on the second level. To the left are one window and a small light on the first floor and two windows on the second level. A cement walkway with a galvanized steel pipe handrail runs from the entrance door of 17 Johnson Place to the three-car driveway located in front of the structure, directly off of Johnson Place. A green garage is located to the left (while facing the structure) in front of 17 Johnson Place and to the left of the parking spots. The garage bears the numbers 19 and 17.

