Attachment B

15 Court Square, Suite 200, Boston, Massachusetts

15 Court Square, Suite 200 is located within a tan and brown cement and marble high rise commercial building. The interior side facing Court Street is clearly marked 15 Court Square in large letters. The entrance of the building consists of two glass doors with a brass and brown placard to the right of the doors (when facing the building) displaying "15" and the names of several tenants. The hallway from the entrance to the elevators has a building directory on the left wall, listing Perlmutter, Lawrence W., as Suite 200. When exiting the elevator on the second floor, Suite 200 is to the right at the end of a long hallway. The door to Suite 200 is brown wood with a bronze plate displaying "200." There are also the following black signs on the door: Law Offices, Herbert J. Cooper, Mark D. Cooper, Lori C. Alexander, Jeremy J. Robin. Lawrence Perlmutter is listed on a bronze colored plate as the bottom name.

